UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 NATHAN KARNER,

    Defendant.
_____/

Case: 2:25-cr-20408
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/4/2025
Description: INDI USA v KARNER (JP)

Violation:  18 U.S.C. § 1791(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1791(a)(2) and (b)(1)
*Possessing Contraband in Prison*

On or about July 23, 2024, in the Eastern District of Michigan, the defendant, Nathan Karner, an inmate of a federal prison, possessed a prohibited object, to wit, a narcotic drug, methamphetamine, its salts, isomers, and salts of its isomers, lysergic acid diethylamide, or phencyclidine, at the Federal Correctional Institution in Milan, Michigan, in violation of Title 18, United States Code, Section 1791(a)(1) and (b)(1).

### FORFEITURE ALLEGATION

The allegations contained in Counts One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461(c).

1

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Zachary A. Zurek*
ZACHARY A. ZUREK
Assistant United States Attorney

Dated: June 4, 2025

Case: 2:25-cr-20408
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/4/2025
Description: INDI USA v KARNER (JP)

| United States District Court Eastern District of Michigan | Criminal Case Cover |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: ZAZ |

Case Title: USA v. Nathan Karner

County where offense occurred : Washtenaw

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 4, 2025
Date

Zachary A. Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0285
Fax:    313-226-2311
E-Mail address: Zachary.Zurek2@usdoj.gov
Attorney Bar #: P80116

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.